B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**T & Z Meat, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-3945057** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3021 N. Cicero Ave**<br>**Chicago, IL**<br>ZIP Code **60641** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  *** Penelope N. Bach 06284659 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **T & Z Meat, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **T & Z Meat, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Penelope N. Bach**
Signature of Attorney for Debtor(s)

**Penelope N. Bach 06284659**
Printed Name of Attorney for Debtor(s)

**Bach Law Offices**
Firm Name

**P.O. Box 1285**
**Northbrook, IL 60065**

_____
Address

**Email: pnbach@bachoffices.com**
**(847) 564-0808  Fax: (847) 564-0985**
Telephone Number

**October  5, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ ANASTASIOS J. ZIABARAS**
Signature of Authorized Individual

**ANASTASIOS J. ZIABARAS**
Printed Name of Authorized Individual

**Owner/President**
Title of Authorized Individual

**October  5, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **T & Z Meat, Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604 | | | 150,000.00 |
| Nealy Foods, Inc.<br>900 West Fulton Market<br>Chicago, IL 60607 | Nealy Foods, Inc.<br>900 West Fulton Market<br>Chicago, IL 60607 | | Disputed | 116,079.55 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>100 W. Randolph Street<br>Chicago, IL 60606 | Illinois Department of Revenue<br>Bankruptcy Section<br>100 W. Randolph Street<br>Chicago, IL 60606 | | | 80,000.00 |
| Dutch Farms<br>700 East 107th Street<br>Chicago, IL 60628 | Dutch Farms<br>700 East 107th Street<br>Chicago, IL 60628 | | | 55,748.53 |
| Commonwealth Edison<br>Customer Care Center<br>PO Box 805379<br>Chicago, IL 60680-5379 | Commonwealth Edison<br>Customer Care Center<br>PO Box 805379<br>Chicago, IL 60680-5379 | | | 49,000.00 |
| Calumet Diversified Meats<br>Ten Thousand 80th Ave<br>Pleasant Prairie, WI 53158 | Calumet Diversified Meats<br>Ten Thousand 80th Ave<br>Pleasant Prairie, WI 53158 | | | 32,644.61 |
| Tropical Meat<br>1920 S Blue Island Ave<br>Chicago, IL 60608 | Tropical Meat<br>1920 S Blue Island Ave<br>Chicago, IL 60608 | | | 26,004.76 |
| Park Packing Co Inc<br>4107 South Ashland Avenue<br>Chicago, IL 60609 | Park Packing Co Inc<br>4107 South Ashland Avenue<br>Chicago, IL 60609 | | | 21,658.18 |
| Vine Real Estate<br>8207 N. Olcott<br>Niles, IL 60714 | Vine Real Estate<br>8207 N. Olcott<br>Niles, IL 60714 | | | 20,000.00 |
| Dakota Pack, Inc<br>PO Box 77<br>Estherville, IA 51334 | Dakota Pack, Inc<br>PO Box 77<br>Estherville, IA 51334 | | | 16,898.40 |
| Peoria Packing, Ltd<br>1307 West Lake Street<br>Chicago, IL 60607 | Peoria Packing, Ltd<br>1307 West Lake Street<br>Chicago, IL 60607 | | | 13,727.31 |

B4 (Official Form 4) (12/07) - Cont.

In re  **T & Z Meat, Inc.**  
            Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **United Packing Products** 1090 Pratt Boulevard Elk Grove Village, IL 60007 | United Packing Products 1090 Pratt Boulevard Elk Grove Village, IL 60007 | | | **11,197.15** |
| **Illinois Department of Employ Sec** P.O. Box 19300 Springfield, IL 62794 | Illinois Department of Employ Sec P.O. Box 19300 Springfield, IL 62794 | | | **10,000.00** |
| **Anthony Marano Company** 3000 S. AShland Chicago, IL 60608 | Anthony Marano Company 3000 S. AShland Chicago, IL 60608 | | | **9,026.54** |
| **Ameri Temp Equipment** 3314 N. Richmond Rd., Suite 100 McHenry, IL 60051 | Ameri Temp Equipment 3314 N. Richmond Rd., Suite 100 McHenry, IL 60051 | | | **8,779.74** |
| **Economy PackingCo., Inc.** 939 West Fulton Marke Chicago, IL 60607 | Economy PackingCo., Inc. 939 West Fulton Marke Chicago, IL 60607 | | | **7,934.69** |
| **La Tropicana Foods** 4455 W. 45th St Chicago, IL 60632 | La Tropicana Foods 4455 W. 45th St Chicago, IL 60632 | | | **6,700.00** |
| **Father & Son** PO Box 1187 Melrose Park, IL 60161 | Father & Son PO Box 1187 Melrose Park, IL 60161 | | | **6,275.97** |
| **Union Oil** PO Box 21 Union, IL 60180 | Union Oil PO Box 21 Union, IL 60180 | | | **5,681.00** |
| **J.L. Gonzalez Produce, Inc.** 2404 S Wolcott Ave # 5-7 Chicago, IL 60608 | J.L. Gonzalez Produce, Inc. 2404 S Wolcott Ave # 5-7 Chicago, IL 60608 | | | **5,242.75** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Owner/President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October  5, 2011**                     Signature  **/s/ ANASTASIOS J. ZIABARAS**
                                                          **ANASTASIOS J. ZIABARAS**
                                                          **Owner/President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re  **T & Z Meat, Inc.**                                                    Case No.
                                    Debtor(s)                                  Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **20,000.00** |
   | Prior to the filing of this statement I have received | $ **5,000.00** |
   | Balance Due | $ **15,000.00** |

2. $ **1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **October 5, 2011**              /s/ **Penelope N. Bach**
                                         **Penelope N. Bach 06284659**
                                         **Bach Law Offices**
                                         **P.O. Box 1285**
                                         **Northbrook, IL 60065**
                                         **(847) 564-0808   Fax: (847) 564-0985**
                                         **pnbach@bachoffices.com**

---

# United States Bankruptcy Court
### Northern District of Illinois

In re **T & Z Meat, Inc.**, Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **None** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Owner/President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 5, 2011**        Signature **/s/ ANASTASIOS J. ZIABARAS**
                                **ANASTASIOS J. ZIABARAS**
                                **Owner/President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re  **T & Z Meat, Inc.**                                   Case No.
                                    Debtor(s)                 Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **74**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **October  5, 2011**                    **/s/ ANASTASIOS J. ZIABARAS**
                                                **ANASTASIOS J. ZIABARAS**/**Owner/President**
                                                Signer/Title

Alfa Rest Supply
4218 N. Elston
Chicago, IL 60618


Ameri Temp Equipment
 3314 N. Richmond Rd., Suite 100
McHenry, IL 60051


American Bottling Company
270 Bridgepoint Drive
South Saint Paul, MN 55075


Anastasios Ziabaras
3021 N. Cicero
Chicago, IL 60641


Anthenian Foods
1814 N. 15th Ave
Melrose Park, IL 60160


Anthony Marano Company
3000 S. AShland
Chicago, IL 60608


Bareman Dairy
234 Charles Dr
Holland, MI 49424


Barkaat Foods
3810 S Halsted St,
Chicago, IL 60609


Calumet Diversified Meats
Ten Thousand 80th Ave
Pleasant Prairie, WI 53158


Chiapetti, LLC
3810 S Halsted Street
Chicago, IL 60609


Chicago Department of Revenue
8034 Innovation Way
Chicago, IL 60682

```
Chicago Housewares
6801 W 66th Place
Chicago, IL 60638


Chicagoland Equipment and Supply
2627 W Washington Blvd
Chicago, IL 60612


Ciales Poultry, Inc
2141 W. Armitage Ave
Chicago, IL 60647


Citiwide Merchant Agreement
194B Park Ave
Amityville, NY 11701


City of Chicago - Dept, of Water
121 N. LaSalle, Room 107
Chicago, IL 60602


CIty of Chicago Dept of Bus.Affairs
121 N. La Salle, Rooms 800 & 805
Chicago, IL 60602


Citywide Produce
2404 S Wolcott Ave Ste 29-30
Chicago, IL 60608


Colonial Funding
5901 N Cicero Ave
Chicago, IL 60646


Comcast
2333 Nissen Drive
Livermore, CA 94550


ComEd
Customer Correspondence Group
PO Box 87522
Chicago, IL 60680


Commonwealth Edison
Customer Care Center
PO Box 805379
Chicago, IL 60680-5379
```

```
Commonwealth Edison
55 Waters Edge
Lombard, IL 60148


Corfu Foods
755 Thomas Drive
Bensenville, IL 60106


Country Gas
6996 North Memorial Parkway
Huntsville, AL 35801


Covemex
2021 W 18Th
Chicago, IL 60607


D.M. Emporium Imports, Inc.
3014 Willow Street
Franklin Park, IL 60131


Dakota Pack, Inc
PO Box 77
Estherville, IA 51334


Dearborn Wholesale Groceries
2801 S. Western Ave.
Chicago, IL 60608


Dutch Farms
700 East 107th Street
Chicago, IL 60628


Economy PackingCo., Inc.
939 West Fulton Marke
Chicago, IL 60607


Equifax Information Services, LLC
PO Box 105835
Atlanta, GA 30348-5835


Experian
P.O. Box 2002
Allen, TX 75013
```

Fantis Imports, Inc.
3612 Acorn Ln
Franklin Park, IL 60131


Father & Son
PO Box 1187
Melrose Park, IL 60161


Francisco Zamora


G & K Services
5995 Opus Parkway
Hopkins, MN 55343


Golden Country Oriental
2355 S. Blue Island Ave
Chicago, IL 60608


Goldstar Pest Control
5555 Wesmere Lakes Court
Plainfield, IL 60586


Goya Foods
1401 Remington Boulevard
Bolingbrook, IL 60490


Icemakers, LLC
3725 N. Talman
Chicago, IL 60608


Illinois Department of Employ Sec
P.O. Box 19300
Springfield, IL 62794


Illinois Department of Employment
33 S State St
BPC 8th FL
Chicago, IL 60603


Illinois Department of Revenue
Bankruptcy Section
100 W. Randolph Street
Chicago, IL 60606

Illinois Department of Revenue
P.O. Box 19035
Springfield, IL 62794


Integrity Payments Systems
1700 Higgins Rd., Suite 690
Des Plaines, IL 60018


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


J.L. Gonzalez Produce, Inc.
2404 S Wolcott Ave # 5-7
Chicago, IL 60608


James F. Dunneback
14475 John Humphrey Dr, Suite 200
Orland Park, IL 60462


Joseph Antognoli
1800 N PULASKI RD
Chicago, IL 60639


Kaluzny Bros, Inc.
1528 Mound Road
Rockdale, IL 60436


Ken Young Food
12842 WESTERN AVE
Blue Island, IL 60406


La Tropicana Foods
4455 W. 45th St
Chicago, IL 60632


LaLa Branded Products
8750 N Central Expressway # 400
Dallas, TX 75231

Michael D. Weis
PO Box 1166
Northbrook, IL 60065


Nealy Foods, Inc.
900 West Fulton Market
Chicago, IL 60607


Park Packing
4107 S Ashland Ave
Chicago, IL 60609


Park Packing Co Inc
4107 South Ashland Avenue
Chicago, IL 60609


Peoples Gas
C/O Bankruptcy Department
130 E. Randolph Dr
Chicago, IL 60602


Peoria Packing, Ltd
1307 West Lake Street
Chicago, IL 60607


R&F Imports
5950 Berkshire Ln. Suite 1500
Dallas, TX 75225


Rapid Circular
526 North Western Avenue
Chicago, IL 60612


Sigma Foods
110 Cypress Station D
Houston, TX 77090


Soaring Eagle Computer Service
7005 West Melrose Street
Chicago, IL 60634


Steven Mikuzis
Balourdos & Mikuzis, LLP
535 N. Michigan Ave, Suite 200
Chicago, IL 60611

Strategic Funding Service
1501 Broadway, Suite 360
New York, NY 10036


TMG
14839 Collection Center
Chicago, IL 60693


TransUnion
P.O. Box 2000
Crum Lynne, PA 19022


Tropical Meat
1920 S Blue Island Ave
Chicago, IL 60608


Union Oil
PO Box 21
Union, IL 60180


United Packing Products
1090 Pratt Boulevard
Elk Grove Village, IL 60007


V&V Supremo
2141 S Throop Street
Chicago, IL 60608


Vine Real Estate
8207 N. Olcott
Niles, IL 60714

# United States Bankruptcy Court
## Northern District of Illinois

In re  **T & Z Meat, Inc.**                                              Case No.
                                    Debtor(s)                            Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **T & Z Meat, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October  5, 2011** | **/s/ Penelope N. Bach** |
| Date | **Penelope N. Bach 06284659** |
| | Signature of Attorney or Litigant |
| | Counsel for  **T & Z Meat, Inc.** |
| | **Bach Law Offices** |
| | **P.O. Box 1285** |
| | **Northbrook, IL 60065** |
| | **(847) 564-0808 Fax:(847) 564-0985** |
| | **pnbach@bachoffices.com** |

**Disclosure Pursuant to 11 U.S.C. §527(a)(2)**

You are notified:

1. All information that you are required to provide with a petition and thereafter during a case under the Bankruptcy Code is required to be complete, accurate, and truthful.

2. All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case. Some places in the Bankruptcy Code require that you list the replacement value of each asset. This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale or marketing, established after a reasonable inquiry. For property acquired for personal, family, or household use, replacement value means the price a retail merchant would charge for property of that kind, considering the age and condition of the property.

3. The following information, which appears on Official Form 22, Statement of Current Monthly Income, is required to be stated after reasonable inquiry: current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy Code, disposable income (determined in accordance with section 707(b)(2)).

4. Information that you provide during your case may be audited pursuant to provisions of the Bankruptcy Code. Failure to provide such information may result in dismissal of the case under this title or other sanction, including criminal sanctions.


Date  **October  5, 2011**                    Signature  **/s/ ANASTASIOS J. ZIABARAS**
                                                         **ANASTASIOS J. ZIABARAS**
                                                         **Owner/President**

# IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney.  THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST.  Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need.  Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you.  Be sure you understand the relief you can obtain and its limitations.  To file a bankruptcy case, documents called a Petition, Schedules, and Statement of Financial Affairs, and in some cases a Statement of Intention, need to be prepared correctly and filed with the bankruptcy court.  You will have to pay a filing fee to the bankruptcy court.  Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt.  You may want help deciding whether to do so.  A creditor is not permitted to coerce you into reaffirming your debts.

If you  choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation.  You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

Date **October  5, 2011**        Signature   **/s/ ANASTASIOS J. ZIABARAS**
                                             **ANASTASIOS J. ZIABARAS**
                                             **Owner/President**